### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01652-CMA-KLM

MT. HAWLEY INSURANCE COMPANY,

    Plaintiff,

v.

NATIONAL CASUALTY COMPANY,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying Plaintiff's Motion for Partial Summary Judgment and Granting Defendant's Motion for Summary Judgment of Judge Christine M. Arguello entered on January 30, 2015 it is

ORDERED that NCC's Motion for Summary Judgment (Doc. No. 25) is GRANTED and Plaintiff's Motion for Partial Summary Judgment (Doc. No. 23) is DENIED. It is

FURTHER ORDERED that this case is DISMISSED in its entirety. It is

FURTHER ORDERED that the Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 30th day of January, 2015.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

By:  s/   A. Thomas

        Deputy Clerk